UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>OUTRIDER U.S.A., and DOES 1-20, Inclusive,<br><br>    Defendants. | Case No. 2:21-CV-02183-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE VDRP COMPLETION DATE AND PRETRIAL SCHEDULING CONFERENCE**<br><br>Judge:    Hon. William B. Shubb<br><br>Complaint Filed: 10/01/2021<br>[Yolo County Superior Court Case No. CV2021-1785] |

The parties having stipulated to continue the VDRP completion date from June 1, 2022, to September 1, 2022, so as to allow for further forensic testing and completion of mediation on August 16, 2022, and for Good Cause appearing,

IT IS HEREBY ORDERED that the Voluntary Dispute Resolution Program be completed by the parties on or before September 1, 2022.

IT IS HEREBY FURTHER ORDERED that the Pretrial Scheduling Conference, currently scheduled for July 5, 2022, be continued to **October 11,**

- 1 -

**STF. 1481**

**ORDER GRANTING STIPULATION TO CONTINUE VDRP COMPLETION DATE AND PRETRIAL SCHEDULING CONFERENCE**

**2022 at 1:30 p.m.**  A joint status report shall be filed no later than **September 27, 2022.**

Dated:  May 27, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

STF. 1481

**ORDER GRANTING STIPULATION TO CONTINUE VDRP
COMPLETION DATE AND PRETRIAL SCHEDULING CONFERENCE**