1  Renée Welze Livingston – SBN 124280
   John C. Hentschel – SBN 149252
2  J. Jasmine Jenkins – SBN 331368
3  LIVINGSTON LAW FIRM
   A Professional Corporation
4  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
5  Tel: (925) 952-9880
   Fax: (925) 952-9881
6  Email: rlivingston@livingstonlawyers.com
7          jhentschel@livingstonlawyers.com
           jjenkins@livingstonlawyers.com
8
   Attorneys for Defendant
9  FFR ELECTRICS, LLC dba OUTRIDER U.S.A. (sued erroneously as OUTRIDER U.S.A.)

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

| STATE FARM GENERAL INSURANCE COMPANY, | ) Case No. 2:21-CV-02183-WBS-AC |
|---|---|
| Plaintiff, | ) [**PROPOSED**] ORDER GRANTING STIPULATION EXTENDING TIME TO DISCLOSE EXPERT TESTIMONY AND DATE FOR COMPLETION OF FACT DISCOVERY |
| v. | |
| OUTRIDER U.S.A., and DOES 1-20, Inclusive, | ) Complaint Filed:  10/01/2021 |
| Defendants. | ) [Yolo County Superior Court Case No. CV2021-1785] |

19      The parties having stipulated to extend the time to disclose expert testimony and the date
20  for completion of fact discovery, and for GOOD CAUSE appearing,
21      IT IS HEREBY ORDERED that the time to disclose expert testimony shall be no later
22  than **March 17, 2023**. Any rebuttal reports shall be disclosed no later than **March 31, 2023**.
23      IT IS HEREBY FURTHER ORDERED that all discovery, including expert witness
24  discovery, shall be completed by **April 28, 2023**.
25      IT IS SO ORDERED.
26  Dated: March 14, 2023
                                        _____
27                                      ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
28

*State Farm v. Outrider U.S.A.,* Case No. 2:21-CV-02183-WBS-AC
[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO DISCLOSE EXPERT
TESTIMONY AND DATE FOR COMPLETION OF FACT DISCOVERY
-1-