1  Andrew R. de la Flor, Esq. (SBN 97511)
   Adelaflor@wl-llp.com
2  Brian S. Letofsky, Esq. (SBN 159232)
   Brian.letofsky@wl-llp.com
3  WATKINS & LETOFSKY, LLP
4  2900 S Harbor Boulevard, Suite 240
   Santa Ana, CA 92704
5  Telephone: (949) 476-9400
   Facsimile: (949) 476-9407
6

7  Attorneys for Plaintiff,
   STATE FARM GENERAL INSURANCE
8  COMPANY

9  Renée Welze Livingston – SBN 124280
   John C. Hentschel – SBN 149252
10 LIVINGSTON LAW FIRM
   A Professional Corporation
11 1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
12 Tel: (925) 952-9880
   Fax: (925) 952-9881
13 Email: rlivingston@livingstonlawyers.com
14         jhentschel@livingstonlawyers.com

15
   Attorneys for Defendant
16 FFR ELECTRICS, LLC dba OUTRIDER U.S.A. (sued erroneously as OUTRIDER U.S.A.)

17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA
19

| STATE FARM GENERAL INSURANCE COMPANY, | ) Case No. 2:21-CV-02183-WBS-AC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| v. | ) Complaint Filed: 10/01/2021 |
| OUTRIDER U.S.A., and DOES 1-20, Inclusive, | ) [Yolo County Superior Court Case No. CV2021-1785] |
| Defendants. | ) Trial Date: 09/19/2023 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this civil action has settled in its entirety.

---

*State Farm v. Outrider U.S.A.,* Case No. 2:21-CV-02183-WBS-AC
STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION
-1-

1     WHEREAS the settlement agreement has been agreed to and signed and payment of
2 settlement funds has been made.

3     WHEREFORE the parties, therefore, stipulate and request that this Court hereby
4 dismisses the entire action, with prejudice. The parties attest that concurrence in the filing of this
5 document has been obtained from each of the other Signatories, which shall serve in lieu of their
6 signatures on the document.

7     IT IS SO STIPULATED

8 Dated: September 8, 2023     WATKINS & LETOFSKY, LLP

By  */s/ Andrew R. de la Flor*
Andrew R. de la Flor
Attorneys for Plaintiff, STATE FARM
GENERAL INSURANCE COMPANY

15 Dated:  September 19, 2023     LIVINGSTON LAW FIRM

By  */s/ John C. Hentschel*
Renée Welze Livingston
John C. Hentschel
Attorneys for Defendant
FFR ELECTRICS, LLC dba OUTRIDER U.S.A.

21     <u>ORDER</u>

22     The above STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION is
23 approved.

24     IT IS SO ORDERED.

25 Dated:  September 19, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE